IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OLIVIA LEON LOPEZ, GABRIEL BALBUENA TRUJILLO, JUAN JERONIMO RAMIREZ NAVARRO, MARGARITA YENEZ SANTIBANEZ, and SANDRA GABRIELA VAZQUEZ,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LOREN K. MILLER, Director, USCIS Nebraska Service Center, in his official capacity,; ALEJANDRO N. MAYORKAS, in his official capacity; UR MENDOZA JADDOU, in her official capacity; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　Defendants. | 4:24CV3050<br><br><br>ORDER OF DISMISSAL |

　　This matter is before the Court on the Notice of Partial Dismissal of Plaintiffs Olivia Leon Lopez and Margarita Yenez Santibanez, as their claims are moot. ([Filing No. 18](#)).  In accordance with the Notice of Partial Dismissal,

　　**IT IS ORDERED** that the claims of Plaintiffs Olivia Leon Lopez and Margarita Yenez Santibanez are dismissed with prejudice.

　　Dated this 26th day of June, 2024.

BY THE COURT:

s/ Susan M. Bazis<br>
United States District Judge