IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OLIVIA LEON LOPEZ, GABRIEL BALBUENA TRUJILLO, JUAN JERONIMO RAMIREZ NAVARRO, MARGARITA YENEZ SANTIBANEZ, and SANDRA GABRIELA VAZQUEZ,<br><br>             Plaintiffs,<br><br>vs.<br><br>LOREN K. MILLER, Director, USCIS Nebraska Service Center, in his official capacity,; ALEJANDRO N. MAYORKAS, in his official capacity; UR MENDOZA JADDOU, in her official capacity; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>             Defendants. | 4:24CV3050<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Notice of Partial Dismissal of Plaintiff Gabriel Balbuena Trujillo, as his claim is moot. ([Filing No. 20](Filing No. 20)). In accordance with the Notice of Partial Dismissal,

**IT IS ORDERED** that the claim of Plaintiff Gabriel Balbuena Trujillo is dismissed with prejudice.

Dated this 28th day of June, 2024.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge