IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OLIVIA LEON LOPEZ, GABRIEL BALBUENA TRUJILLO, JUAN JERONIMO RAMIREZ NAVARRO, MARIA DE LOS ANGEL JAIMES PEREZ, MARGARITA YENEZ SANTIBANEZ, and SANDRA GABRIELA VAZQUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LOREN K. MILLER, Director, USCIS Nebraska Service Center, in his official capacity; ALEJANDRO N. MAYORKAS, in his official capacity; UR MENDOZA JADDOU, in her official capacity; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | 4:24CV3050 <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on the Notice of Partial Dismissal of Plaintiff Juan Jeronimo Ramirez Navarro, as his claims are moot. (Filing No. 22.) In accordance with the Notice of Partial Dismissal,

**IT IS ORDERED** that the claims of Plaintiff Juan Jeronimo Ramirez Navarro are dismissed with prejudice.

Dated this 2nd day of July, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge