IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OLIVIA LEON LOPEZ, GABRIEL BALBUENA TRUJILLO, JUAN JERONIMO RAMIREZ NAVARRO, MARIA DE LOS ANGEL JAIMES PEREZ, MARGARITA YENEZ SANTIBANEZ, and SANDRA GABRIELA VAZQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LOREN K. MILLER, Director, USCIS Nebraska Service Center, in his official capacity; ALEJANDRO N. MAYORKAS, in his official capacity; UR MENDOZA JADDOU, in her official capacity; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | 4:24CV3050<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Notice of Partial Dismissal of the last remaining Plaintiff, Sandra Gabriela Vazquez. ([Filing No. 24](Filing No. 24).) In accordance with the Notice of Partial Dismissal,

**IT IS ORDERED** that the claims of Plaintiff Sandra Gabriela Vazquez are dismissed with prejudice, each party to bear their own costs and fees.

Dated this 8th day of July, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge